**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: WYSOCKI, | : |
| | :     CIVIL ACTION NO. |
| | :     3:16-CV-248 (JCH) |
| | : |
| | :     MAY 6, 2016 |
| | : |

**ORDER**

Upon review of First Niagara Bank, N.A.'s Objection (Doc. No. 22), and treating the Objection as a Motion to Reconsider, see Local Rule 7(c), it is granted, and the Order (Doc. No. 21) granting the Appellant additional time is set aside.

The court is troubled by the Appellant's representation that he filed his Preliminary Designation of the Record on or about March 21, 2016. See Doc. No. 18 at p. 2; see also Doc. Nos. 11, 13. He also filed a Notice of Statement of Issues. See Doc. Nos. 12, 14. He did so file; however, he did so in the wrong court. He had an obligation to file it in the Bankruptcy Court, under Bankruptcy Rule 8009. That explains why the Bankruptcy Court has not transmitted the record to the District Court.

The appellant is ordered to show cause, in writing by May 18, 2016, why this Appeal should not be dismissed for failure to prosecute. Further, the Appellant is ordered to file his Designation of the Record and Preliminary Statement of Issues with the Bankruptcy Court by May 13, 2016, or the Appeal will be dismissed.

**SO ORDERED.**

Dated at New Haven, Connecticut this 6th day of May, 2016.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge